KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Counsel for Plaintiff*
*Symbology Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, | |
| *Plaintiff*, | Case No. 3:19-cv-02473-CAB-MDD |
| v. | **NOTICE OF VOLUNTARY** |
| ZARA USA, LLC | **DISMISSAL PURSUANT TO** |
| | **FEDERAL RULE OF CIVIL** |
| *Defendant.* | **PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 77.2, hereby provides notice that is dismisses WITHOUT prejudice all claims by Plaintiff against Defendant Zara USA, LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 6, 2020                              Respectfully submitted,

                                                s/ Kirk J. Anderson
                                                **BUDO LAW, P.C.**
                                                Kirk J. Anderson

Attorneys for Plaintiff
5610 Ward Rd, Suite #300
Arvada, CO 80002
Telephone: 720-225-9440
Facsimile: 720-225-9331

***Counsel for Plaintiff
Symbology Innovations LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*s/ Kirk J. Anderson*